UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUDITH ESPINOSA,<br><br>       PLAINTIFF,<br><br>    v.<br><br>TD BANK, N.A.,<br><br>       DEFENDANT. | CIVIL ACTION NO. 1:19-cv-00461-MSM-LDA |

**ORDER ON PLAINTIFF'S MOTION TO COMPEL**

Upon consideration and following the Motion Hearing held on July 28, 2022, it is hereby ORDERED as followed:

Plaintiff's Motion to Compel [Dkt. 27] shall be ALLOWED in part and DENIED in part. The Motion to Compel shall be ALLOWED as to the following:

(1) Defendant shall produce all Human Resources case notes for the employees for whom Defendant previously produced disciplinary records in response to the search for comparator documents, as described in the Affidavit of Francis Bingham, para. 24. ("Para. 24"), relating to issues falling within one of the categories referenced in Para. 24 for the period of time between 9/1/14 and 7/31/17.

(2) Defendant shall produce a list of the twenty-one employees described in Plaintiff's motion papers, along with their Date of Hire, Date of Termination, Last Known Contact Information, and whether their terminations were voluntary or involuntary.

Plaintiff's Motion is DENIED in all other respects.

**It is so ordered.**

Dated: 8/5/2022

By the Court:

Mary S. McElroy
United States District Judge